UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP B. HAUSKEN,

                                        Plaintiff,

        v.

LANGE, SINGKEO,

                                        Defendants.

No. C16-349 RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3)     The Clerk is directed to send copies of this Order to plaintiff.

**DATED** this 5th day of August, 2016.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1